ELIAS TSAKIRES et al., Copartners under the Name of THE COSMO CAFETERIA, Respondents, v. WILLIAM MESEVICH, Individually and as President of Cafeteria Employees Union, Local 302, et al., Appellants.

Submitted October 2, 1944; decided October 12, 1944.

Motion by appellants to amend remittitur granted and the remittitur amended by adding thereto after the words " with costs in this court ", the following : " in addition to the cost of the transcript of the record from this court to the United States Supreme Court and also in addition to costs of $87.49 already awarded to the appellants by the United States Supreme Court." (See 292 N. Y. 681.)